IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARA WHETSTINE,<br><br>                Plaintiff,<br><br>    v.<br><br>WOODS SERVICES,<br><br>                Defendants. | CIVIL ACTION<br>NO. 21-02289 |

# ORDER

**AND NOW**, this 24th day of January 2022, upon consideration of Plaintiff's Amended Complaint (Doc. No. 6), Defendant's Motion to Dismiss (Doc. No. 7), Plaintiff's Response in Opposition (Doc. No. 11), and Defendant's Reply (Doc. No. 13), the statements of counsel for the parties at the hearing held on November 2, 2021, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss Counts I and II of the Amended Complaint (Doc. No. 7) is **GRANTED**.

2. Defendant shall file an Answer to Count III of the Amended Complaint by February 7, 2022.

BY THE COURT:

   /s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

1